■  DAVID M. LEDY et al., Appellants, v J. SUZI WILSON et al., Respondents, et al., Defendants. [789 NYS2d 682]—Order, Supreme Court, New York County (Helen E. Freedman, J.), entered August 9, 2004, unanimously affirmed for the reasons stated by

Freedman, J., without costs or disbursements. No opinion. Concur—Saxe, J.P., Marlow, Ellerin, Nardelli and Sweeny, JJ.